CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 20 2011

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMIE PAUL DESPER, | ) CASE NO. 7:10CV00473 |
| Plaintiff, | ) |
| | ) FINAL ORDER |
| vs. | ) |
| SUPERINTENDENT JACK LEE, ET AL., | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendant(s). | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. Defendants' motions for summary judgment (ECF Nos. 39 and 48) are **GRANTED** as to the merits of plaintiff's Claim (1), alleging violations of his religious rights, but the motions are **DENIED** as to defendants' contention that they are entitled to summary judgment as to Claims (2) and (3), pursuant to 42 U.S.C. § 1997e(a);

2. Plaintiff's Claims (2) and (3), alleging denial of access to courts and unconstitutional jail conditions, are **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim;

3. Plaintiff's motions to compel additional discovery responses (ECF Nos. 68 & 70) are **DENIED**; and

4. This action is stricken from the active docket of the court.

ENTER: This 20th day of October, 2011.

/s/ Glen E. Conrad
Chief United States District Judge